11-04-2015 8:28        888-285-7586                                                       1/2



## Health-Scripts
*helping you help patients*

# Educational Dinner Event
## for Practicing NPs and PAs

### Program Title
Treatment of Acute Otitis Externa (AOE) and Acute Otitis Media With Tympanostomy Tubes (AOMT): An Interactive Experience

**Date:** Thursday, November 5, 2015

**6:30 PM** Reception • **7:00 PM** Program and Dinner

**Speaker:** Michael Pratt, MD, F.A.C.S
Woodstock Ear, Nose and Throat/ Woodstock, GA

**Location:** Eddie Merlot's • 10808 Montgomery Rd., Cincinnati, Ohio 45242 • Phone: (513) 489-1212

**RSVP** www.Health-Scripts.com/RSVPear • 919-380-9810 • or Fax form to 1-888-285-7586

Offered by Health-Scripts in conjunction with our educational partner.
Sponsored by Alcon– We partner with the best names in healthcare to help you help patients.



## Please complete this RSVP form for the
## Treatment of Acute Otitis Externa (AOE) and Acute Otitis Media with Tympanostomy Tubes (AOMT): An Interactive Experience
### On November 5 in Cincinnati

First Name _____  Last Name _____

☐ Nurse Practitioner    ☐ Physician Assistant

Specialty _____

Business Address _____

City _____  State _____

Zip _____  Phone _____

Email _____

**Fax this form to:** 1-888-285-7586

**RSVP Online at:** www.Health-Scripts.com/RSVPear

**Email to:** jj@health-scripts.com

**Call us at:** (919) 380-9810

☐ I am unable to attend this program but please inform me about future programs.

☐ I am not interested in attending this program or future programs. Please remove me from your list. Please include name and address for removal.

☐ To have your fax number removed from our database, call this toll-free number 1-844-300-8250 or fax 1-888-285-7586

By submitting this form, I understand that I am giving Health-Scripts permission to use my personal information to provide me with information and offers from healthcare companies. I understand I may revoke my permission at any time by e-mailing us at contact@health-scripts.com.

In adherence with PhRMA guidelines, spouses or other guests are not permitted to attend.

If you are licensed in any state or other jurisdiction, or are an employee or contractor of any organization or governmental entity that limits or prohibits meals from pharmaceutical companies, please identify yourself.

For all attendees, please be advised that information such as your name and the value of the meal or other items of value you receive may be publicly disclosed.

This promotional activity is not accredited.

**Alcon**
a Novartis company

(C) 2014 Novartis 10/2014 MIS14267MS